UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,       )   CASE NO. 92-571
                                )   -CR-FERGUSON(s)(s)(s)
v.                              )   Magistrate Judge Brown
                                )   21 USC § 963
PEDRO HIDALGO,                  )   21 USC § 846
     a/k/a "Peter Hidalgo,"     )   21 USC § 952(a)
     a/k/a "Petey,"             )   18 USC § 924(c)
     a/k/a "El Flaco."          )   18 USC § 922(g)(1)
LUIS ALBERTO CAMEJO-RODRIGUEZ,  )   18 USC § 922(n)
     a/k/a "Luis Alberto Camacho," )   18 USC § 2
     a/k/a "Cejas,"             )
SAMUEL OLIVERA,                 )
     a/k/a "El Bobo,"           )
ANDRES CAMPILLO,                )   **SUPERSEDING INDICTMENT**
     a/k/a "Andy," and          )
ANTHONY LOPEZ,                  )
     a/k/a "Tony."              )
_____)

The Grand Jury charges that:

### COUNT ONE

From on or about August 28, 1992, the exact date being unknown

to the Grand Jury, through on or about September 8, 1992, at Miami,

Dade County, in the Southern District of Florida, and elsewhere,

the defendants,

PEDRO HIDALGO,
a/k/a Peter Hidalgo,
a/k/a "Petey,"
a/k/a "El Flaco,"
LUIS ALBERTO CAMEJO-RODRIGUEZ,
a/k/a Luis Alberto Camacho,
a/k/a "Cejas,"

and
SAMUEL OLIVERA,
a/k/a "El Bobo,"

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a).

All in violation of Title 21, United States Code, Section 963.

## COUNT TWO

From on or about August 28, 1992, the exact date being unknown to the Grand Jury, through on or about September 8, 1992, at Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendants,

PEDRO HIDALGO,
a/k/a Peter Hidalgo,
a/k/a "Petey,"
a/k/a "El Flaco,"
LUIS ALBERTO CAMEJO-RODRIGUEZ,
a/k/a Luis Alberto Camacho,
a/k/a "Cejas,"
SAMUEL OLIVERA,
a/k/a "El Bobo,"
ANDRES CAMPILLO,
a/k/a "Andy,"
and
ANTHONY LOPEZ,
a/k/a "Tony,"

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing

2

a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

### COUNT THREE

On or about September 2, 1992, at North Miami Beach, Dade County, in the Southern District of Florida, and elsewhere, the defendants,

PEDRO HIDALGO,
a/k/a Peter Hidalgo,
a/k/a "Petey,"
a/k/a "El Flaco,"
LUIS ALBERTO CAMEJO-RODRIGUEZ,
a/k/a Luis Alberto Camacho,
a/k/a "Cejas,"
and
SAMUEL OLIVERA,
a/k/a "El Bobo,"

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine.

In violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

### COUNT FOUR

From on or about August 28, 1992, the exact date being unknown to the Grand Jury, through on or about September 8, 1992, at Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendants,

PEDRO HIDALGO,
a/k/a Peter Hidalgo,
a/k/a "Petey,"
a/k/a "El Flaco,"

3

LUIS ALBERTO CAMEJO-RODRIGUEZ,
a/k/a Luis Alberto Camacho,
a/k/a "Cejas,"
SAMUEL OLIVERA,
a/k/a "El Bobo,"
ANDRES CAMPILLO,
a/k/a "Andy,"
and
ANTHONY LOPEZ,
a/k/a "Tony,"

did knowingly and intentionally attempt to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about September 3, 1992, at Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendants,

PEDRO HIDALGO,
a/k/a Peter Hidalgo,
a/k/a "Petey,"
a/k/a "El Flaco,"
LUIS ALBERTO CAMEJO-RODRIGUEZ,
a/k/a Luis Alberto Camacho,
a/k/a "Cejas,"
SAMUEL OLIVERA,
a/k/a "El Bobo,"
and
ANDRES CAMPILLO,
a/k/a "Andy,"

did knowingly use and carry a firearm, to wit, a .223 caliber Ruger semi-automatic assault rifle, model Mini 14, Serial Number 185-52603, during and in relation to drug trafficking crimes which are felonies prosecutable in a court of the United States, that is, violations of Title 21, United States Code, Sections 963, 846 and

4

952(a), as set forth in Counts One, Two, Three and Four of this Superseding Indictment.

All in violation of Title 18, United States Code, Sections 924(c) and 2.

### COUNT SIX

From on or about August 28, 1992, the exact date being unknown to the Grand Jury, through on or about September 8, 1992, at Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendants,

PEDRO HIDALGO,
a/k/a Peter Hidalgo,
a/k/a "Petey,"
a/k/a "El Flaco,"
LUIS ALBERTO CAMEJO-RODRIGUEZ,
a/k/a Luis Alberto Camacho,
a/k/a "Cejas,"
SAMUEL OLIVERA,
a/k/a "El Bobo,"
and
ANDRES CAMPILLO,
a/k/a "Andy,"

did knowingly use and carry a firearm, to wit, a .22 caliber North American Arms Corp. revolver, Serial Number C12349; during and in relation to drug trafficking crimes which are felonies prosecutable in a court of the United States, that is, violations of Title 21, United States Code, Section 846, as set forth in Counts Two and Four of this Superseding Indictment.

All in violation of Title 18, United States Code, Sections 924(c) and 2.

### COUNT SEVEN

On or about September 8, 1992, at Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendants,

5

                         PEDRO HIDALGO,
                      a/k/a Peter Hidalgo,
                        a/k/a "Petey,"
                       a/k/a "El Flaco,"
               LUIS ALBERTO CAMEJO-RODRIGUEZ,
                 a/k/a Luis Alberto Camacho,
                        a/k/a "Cejas,"
                       SAMUEL OLIVERA,
                       a/k/a "El Bobo,"
                              and
                      ANDRES CAMPILLO,
                        a/k/a "Andy,"

did knowingly use and carry firearms, to wit, a .25 caliber Beretta semi-automatic pistol, model 21A, Serial Number BASO3394V; and a .380 caliber Browning semi-automatic pistol, model BDA, Serial Number 425PR02030; during and in relation to drug trafficking crimes which are felonies prosecutable in a court of the United States, that is, violations of Title 21, United States Code, Section 846, as set forth in Count Two and Four of this Superseding Indictment.

All in violation of Title 18, United States Code, Sections 924(c) and 2.

### COUNT EIGHT

From on or about August 28, 1992, the exact date being unknown to the Grand Jury, through on or about September 8, 1992, at Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendant,

                  LUIS ALBERTO CAMEJO-RODRIGUEZ,
                    a/k/a Luis Alberto Camacho,
                          a/k/a "Cejas,"

having been convicted on or about October 16, 1989, in the Circuit Court of Dade County, Florida, Case Number 89-17271-B, of crimes

6

punishable by imprisonment for a term exceeding one year, that is, attempted extortion and armed trespassing, did knowingly possess firearms in and affecting commerce, to wit, a .223 caliber Ruger semi-automatic assault rifle, model Mini 14, Serial Number 185-52603; a 9 millimeter Browning Hi-Power semi-automatic pistol, Serial Number 245PZ86473; a .25 caliber Beretta semi-automatic pistol, model 21A, Serial Number BASO3394V; and a .380 caliber Browning semi-automatic pistol, model BDA, Serial Number 425PR02030.

All in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT NINE

From on or about September 8, 1992, at Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendant,

PEDRO HIDALGO,
a/k/a Peter Hidalgo,
a/k/a "Petey,"
a/k/a "El Flaco,"

while under indictment in United States v. Peter Hidalgo, et al., Case Number 92-126-Cr-Nesbitt (S.D.Fl.) (Case No. 91-167-Cr-Orl-18, M.D.Fl.), for crimes punishable by imprisonment for terms exceeding one year, that is, conspiracy to import marijuana and conspiracy to possess with intent to distribute marijuana, did knowingly and intentionally receive firearms which had been shipped and transported in interstate and foreign commerce, to wit, a 9 millimeter Browning Hi-Power semi-automatic pistol, Serial Number 245PZ86473; and a .25 caliber Beretta semi-automatic pistol, model

21A, Serial Number BASO3394V

In violation of Title 18, United States Code, Section 922(n).

A TRUE BILL

_____
FOREPERSON

KENDALL COFFEY
UNITED STATES ATTORNEY

RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY

8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           )      CASE NO. 92-571
                                    )      -CR-FERGUSON(s)(s)(s)
v.                                  )      Magistrate Judge Brown
                                    )
PEDRO HIDALGO,                      )
     a/k/a "Peter Hidalgo,"         )
     a/k/a "Petey,"                 )
     a/k/a "El Flaco."              )
LUIS ALBERTO CAMEJO-RODRIGUEZ,      )
     a/k/a "Luis Alberto Camacho,"  )
     a/k/a "Cejas,"                 )
SAMUEL OLIVERA,                     )
     a/k/a "El Bobo,"               )
ANDRES CAMPILLO,                    )      **CERTIFICATE OF TRIAL ATTORNEY**
     a/k/a "Andy," and              )
ANTHONY LOPEZ,                      )
     a/k/a "Tony."                  )
_____ )

I do hereby certify:

1.    I  have  carefully  considered  the  allegations  of  the
indictment,  the  number  of  defendants,  the  number  of  probable
witnesses  and  the  legal  complexities  of  the  Indictment  attached
hereto.

2.    I  am  aware  that  the  information  supplied  on  this
statement  will  be  relied  upon  by  the  Judges  of  this  Court  in
setting  their  calendars  and  scheduling  criminal  trials  under  the
mandate  of  the  Speedy  Trial  Act,  Title  28  U.S.C.  Section  3161.

3.    This  case  will  take  21  days  for  the  parties  to  try.

4.     Please check appropriate category and type of offense listed below:

<table>
<tr><td>(Check only one)</td><td></td><td></td><td>(Check only one)</td><td></td></tr>
<tr><td>I    0  to  5 days</td><td>_____</td><td>Petty</td><td>_____</td><td></td></tr>
<tr><td>II   6  to 10 days</td><td>_____</td><td>Minor</td><td>_____</td><td></td></tr>
<tr><td>III  11 to 20 days</td><td>_____</td><td>Misdem.</td><td>_____</td><td></td></tr>
<tr><td>IV   21 to 60 days</td><td>___X___</td><td>Felony</td><td>___X___</td><td></td></tr>
<tr><td>V    61 days and over</td><td>_____</td><td></td><td></td><td></td></tr>
</table>

5.     Has this case been previously filed in this District Court? N/A (superseding indictment)  (Yes or No)  If yes:

Judge:      Case No.
(Attach copy of dispositive order)

Has a complaint been filed in this matter?  N/A (superseding indictment)  (Yes or No)      If yes:

Magistrate Case No. _

Related Miscellaneous numbers: N/A

6.     This case originated in the U.S. Attorney's office prior to August 16, 1985 No      (Yes or No).

Respectfully submitted,

KENDALL COFFEY
UNITED STATES ATTORNEY

By: _____
RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY
FLA. BAR NO. 817643
99 N.E. 4th Street
Miami, Florida 33132
(305) 536-5014
(305) 536-7213 (fax)

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 92-571-CR-FERGUSON(s)(s)(s)

**PENALTY SHEET**

Defendant's Name:  PEDRO HIDALGO

Count #: I -- Conspiracy to import cocaine; 21 USC § 963

*Max. Penalty: Life imprisonment

Count #: II -- Conspiracy to possess with intent to distribute
        a controlled substance; 21 USC § 846
*Max. Penalty: Life imprisonment

Count #: III -- Importation of a controlled substance;
        21 USC § 952(A)
*Max.Penalty: Life imprisonment

Count #: IV -- Attempted possession with intent to distribute
        a controlled substance; 21 USC § 846
*Max. Penalty: Life imprisonment

Count #: V -- Armed drug trafficking; 18 USC § 924(C)

*Max. Penalty: 5 years imprisonment

Count #: VII -- Receipt of firearm in interstate commerce
        while under felony indictment; 18 USC § 922(N)
*Max. Penalty: 5 years imprisonment

*Refers only to possible term of incarceration, does not
include possible fines, restitution, special assessments,
parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 92-571-CR-FERGUSON(s)(s)(s)

**PENALTY SHEET**

Defendant's Name:  LUIS ALBERTO CAMEJO-RODRIGUEZ

---

Count #: I -- Conspiracy to import cocaine; 21 USC § 963

*Max. Penalty: Life imprisonment

Count #: II -- Conspiracy to possess with intent to distribute
            a controlled substance; 21 USC § 846
*Max. Penalty: Life imprisonment

Count #: III -- Importation of a controlled substance;
            21 USC § 952(A)
*Max.Penalty: Life imprisonment

Count #: IV -- Attempted possession with intent to distribute
            a controlled substance; 21 USC § 846
*Max. Penalty: Life imprisonment

Count #: V -- Armed drug trafficking; 18 USC § 924(C)

*Max. Penalty: 5 years imprisonment

Count #: VI -- Possession of a firearm by a convicted
            felon; 18 USC § 922(G)(1)
*Max. Penalty: 5 years imprisonment

---

*Refers only to possible term of incarceration, does not
include possible fines, restitution, special assessments,
parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 92-571-CR-FERGUSON(s)(s)(s)

**PENALTY SHEET**

Defendant's Name:  SAMUEL OLIVERA

Count #: I -- Conspiracy to import cocaine; 21 USC § 963

*Max. Penalty: Life imprisonment

Count #: II -- Conspiracy to possess with intent to distribute
        a controlled substance; 21 USC § 846
*Max. Penalty: Life imprisonment

Count #: III -- Importation of a controlled substance;
        21 USC § 952(A)
*Max.Penalty: Life imprisonment

Count #: IV -- Attempted possession with intent to distribute
        a controlled substance; 21 USC § 846
*Max. Penalty: Life imprisonment

Count #: V -- Armed drug trafficking; 18 USC § 924(C)

*Max. Penalty: 5 years imprisonment

*Refers only to possible term of incarceration, does not
include possible fines, restitution, special assessments,
parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 92-571-CR-FERGUSON(s)(s)(s)

**PENALTY SHEET**

Defendant's Name:  ANDRES CAMPILLO

---

Count #: II -- Conspiracy to possess with intent to distribute
          a controlled substance; 21 USC § 846
*Max. Penalty: Life imprisonment

---

Count #: IV -- Attempted possession with intent to distribute
          a controlled substance; 21 USC § 846
*Max. Penalty: Life imprisonment

---

Count #: V -- Armed drug trafficking; 18 USC § 924(C)

*Max.Penalty: 5 years imprisonment

---

   **\*Refers only to possible term of incarceration, does not
   include possible fines, restitution, special assessments,
   parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 92-571-CR-FERGUSON(s)(s)(s)

## PENALTY SHEET

Defendant's Name: _ANTHONY LOPEZ_____

Count #: II -- Conspiracy to possess with intent to distribute
         a controlled substance; 21 USC § 846
*Max. Penalty: Life imprisonment

Count #: IV -- Attempted possession with intent to distribute
         a controlled substance; 21 USC § 846
*Max. Penalty: Life imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

-cr-00571-CMA   Document 240   Entered on FLSD Docket 05/08/1995   Pag

No. _ _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

_ SOUTHERN _ _ _   *District of* _ FLORIDA _ _ _ _ _ _ _ _ _

_ _ _ _ _ MIAMI _ _ _ _ _ _ _ _ _   *Division*

## THE UNITED STATES OF AMERICA

*vs.*

PEDRO HIDALGO, et al.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

SUPERSEDING
## INDICTMENT

21 USC 963        18 USC 922(n)
21 USC 846        18 USC 2
21 USC 952(a)
18 USC 924(c)
18 922(a)(1)

*A true bill.*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                                *Foreman*

*Filed in open court this* _ _ _ \17th _ _ _ _ _ _ _ _ *day,*

*of* March _ _ _ _ *A.D. 19* 95 _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                              *Clerk*

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _ _