IN THE UNITED STATES

DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA


Case No.  92-571-CR- DTKH


UNITED STATES OF AMERICA,

        Plaintiff,


v.


ANDRES CAMPILLO

        Defendant


## NOTICE OF FILING


Please take notice that undersigned counsel is filing the following Exhibits A-F as attachments to his previously filed motion for Reduction/Modification of Sentence.

Respectfully submitted,

Lawrence E. Besser, Esq.
1200 Brickell Avenue
Suite 1950
Miami, FL 33131
(305) 577-3873
FBN# 0236268

Lawrence E. Besser, Esq.
Attorney for Andres Campillo

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document (with attachments) on this day 17th day of November, 2014, with the Clerk of the Court using CM/ECF.

Lawrence Besser, Esq.